UNITED STATES DISTRICT COURT
MINUTES OF PROCEEDINGS

**NEWARK**                                             **DATE: JANUARY 13, 2015**


**Judge:** Hon. WILLIAM H. WALLS
**Court Reporter:** John Stone
**Deputy Clerk:** Ellen Mc Murray

**Title of Case:**                          **Cr.02-714 (WHW)**

USA V. SALOMON CAMACHO-MORA

**Appearances:**

Adam N. Subervi, AUSA
William A. Clay, Esq. (Retained)
Renee Caggia, US Prob. Officer
*Irene Caramuta, Interpreter*

**Nature of proceedings**:    SENTENCING


Defendant committed to the custody of the BOP for (132) months.
Supervised Release for (2) years.
Court directs that the immediate medical attention to the
defendant be applied , particularly having a biopsy done as to
defendant's reading of prostrate levels and that he be given a
thorough medical examination.

Defendant excused from mandatory drug testing


**SPECIAL CONDITIONS:**

COOPERATE WITH CUSTOM OFFICIALS
Fine Waived
Special Assessment fee of $100.00
Court directs that defendant be designated to a Federal Medical Facility


                                        Ellen Mc Murray
                                        Sr. Court Room Deputy

Time Commenced: 10:15 am
Time Adjourned:   11:00 am